180-07/WLJ/MAM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
E.D. & F. MAN SUGAR LIMITED
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
William L. Juska (WJ 0772)
Manuel A. Molina (MM1017)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
E.D. & F. MAN SUGAR LIMITED,

                          Plaintiff,

    - against –

KRYTON LENDOUDIS a/k/a KRITON
LENDOUDIS a/k/a KRITONAS LENDOUDIS,

                          Defendant.
-------------------------------------------------------------------x

**07 CIV        4549**

07 CIV _____ (        )

**RULE 7.1 STATEMENT**

E.D. & F. MAN SUGAR LIMITED, by and through its undersigned attorneys

Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil

Procedure, certifies that its corporate parent its E.D. F Man Holdings Limited, and that no

publicly-held corporation in the United States owns 10% or more of the stock of the

company.

Dated: New York, New York
       May 30, 2007

                          FREEHILL HOGAN & MAHAR, LLP
                          Attorneys for Plaintiff

    By:  _____
         William L. Juska, Jr. (WJ 0772)
         Manuel A. Molina (MM 1017)

NYDOCS1/284095.1