(уТₑ S.

180-07/WLJ
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
E.D. & F. MAN SUGAR LIMITED
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

William L. Juska, Jr. (WJ 0772)
Daniel J. Fitzgerald (DF 6313)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

E.D. & F. MAN SUGAR LIMITED,

Plaintiff,

-against -

KRYTON LENDOUDIS a/k/a KRTON
LENDOUDIS a/k/a KRITONAS LENBDOUDIS,

Defendant.
--------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/16/07__

07 CIV 4549 (J. Cote)

**VOLUNTARY
DISCONTINUANCE**

The Defendant not having appeared in this action, IT IS HEREBY stipulated

by the undersigned attorneys for the Plaintiff herein that the action be and the same is

hereby discontinued pursuant to Rule 41(A)(1) without prejudice.

Dated: New York, New York
       October 15, 2007

So ordered.

_[signature]_
October 16, 2007

NYDOCS1/291873.1

FREEHILL, HOGAN & MAHAR LLP
Attorneys for Plaintiff
E.D. & F. MAN SUGAR LIMITED

BY    _____
William L. Juska, Jr (WJ 0772)
80 Pine Street
New York, New York 10005-1759
(212) 425-1900

SO ORDERED:

_____
U.S.D.J.

NYDOCS1/291873.1